USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/2019

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

WHITE LILLY, LLC and JONATHAN BERNSTEIN,    Civil Action No: 1:18-cv-12404

       Plaintiffs,

-- Against –

BALESTRIERE PLLC, BALESTRIERE FARIELLO,
JOHN BALESTRIERE, THE LAW OFFICES OF
ADINA G. STORCH, PLLC,
and ADINA STORCH,

       Defendants.

-----------------------------------------------------------------x

## STIPULATION TO STAY THE ACTION PENDING ARBITRATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and/or their respective counsel that the above-captioned action is voluntarily stayed pending arbitration before the American Arbitration Association of the parties' respective claims. The undersigned further stipulate and agree to expressly reserve all rights in connection with the above-captioned action and the prosecution and defense thereof, except as explicitly set forth herein.

| | |
|---|---|
| GALLAGHER LAW PLLC | DEBEVOISE & PLIMPTON LLP |
| /s/ *Samuel M. Leaf*<br>Brian K. Gallagher (BG-6377)<br>Samuel M. Leaf (SL-0633)<br>275 Madison Avenue, Suite 616<br>New York, New York 10016<br>Phone: (212) 983-9700<br>Fax: (212) 983-9701<br><br>*Attorneys for Plaintiffs Jonathan Bernstein and White Lilly LLC*<br><br>Dated: March 5, 2019 | /s/ *Jyotin Hamid*<br>Jyotin Hamid<br>919 Third Avenue<br>New York, New York 10022<br>jhamid@debevoise.com<br>Telephone: (212) 909-6000<br><br>-and-<br><br>BALESTRIERE FARIELLO<br>Jillian L. McNeil<br>Matthew W. Schmidt<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone: (212) 374-5421<br>jillian.mcneil@balestrierefariello.com<br>matthew.schmidt@balestrierefariello.com<br><br>*Attorneys for the BF Parties*<br><br>Dated: March 5, 2019 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ *Joseph Francoeur*<br>Joseph Francoeur<br>150 East 42nd Street<br>New York, New York 10017<br>Phone: (212) 915-5638<br>Fax: (212) 490-3038<br><br>*Attorneys for Defendants Adina Storch and the Law Offices of Adina G. Storch, PLLC*<br><br>Dated: March 5, 2019 | |

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
March 6, 2019