# GALLAGHER LAW PLLC

BRIAN K. GALLAGHER
----
ADMITTED NY & NJ

757 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10017
TELEPHONE: (212) 983-9700
TELECOPIER: (212) 983-9701

NEW JERSEY OFFICE
14 WOODWARD DRIVE
OLD BRIDGE, NJ 08857
TELEPHONE: (732) 360-2900

September 25, 2020

**VIA ECF AND E-MAIL**

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: White Lilly, LLC et al. v. Balestriere PLLC et al., 1:18-cv-12404 (ALC)

Dear Judge Carter:

This firm represents White Lilly, LLC and Jonathan Bernstein in the above-entitled matter. We are writing jointly with Defendants' counsel to provide you with the status report requested in your September 10, 2020 Order. The AAA arbitration of this matter is proceeding, and the parties are conducting document discovery. Bearing in mind the inherent uncertainties caused by the Covid pandemic, this matter currently is scheduled to be heard by a single arbitrator during the first two weeks of December 2020.

Please do not hesitate to let us know if you require any further information.

Respectfully,

Samuel M. Leaf

Matthew Schmidt
Counsel for Balestriere PLLC

Joseph L. Francoeur
Counsel for Adina Storch