# GALLAGHER LAW PLLC

| | | |
|---|---|---|
| BRIAN K. GALLAGHER<br>----<br>ADMITTED NY & NJ | 757 THIRD AVENUE<br>20TH FLOOR<br>NEW YORK, NY 10017<br>TELEPHONE: (212) 983-9700<br>TELECOPIER: (212) 983-9701 | NEW JERSEY OFFICE<br>14 WOODWARD DRIVE<br>OLD BRIDGE, NJ 08857<br>TELEPHONE: (732) 360-2900 |

January 28, 2021

**VIA ECF AND E-MAIL**
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

   Re: <u>White Lilly, LLC et al. v. Balestriere PLLC et al., 1:18-cv-12404 (ALC)</u>

Dear Judge Carter:

  This firm represents White Lilly, LLC and Jonathan Bernstein in the above-entitled matter. We are writing jointly with Defendants' counsel to provide you with the status report requested in your September 30, 2020 Order. The AAA arbitration of this matter has been postponed due to the Covid pandemic until April 12, 2021. The parties anticipate that the matter will be heard beginning on that date, and that they will not need the assistance of this Court in the foreseeable future.

  Please do not hesitate to let us know if you require any further information.

           Respectfully,

           /s/Samuel M. Leaf
           Samuel M. Leaf

           /s/Jyotin Hamid
           Jyotin Hamid
           *Counsel for Balestriere PLLC,*
           *Balestriere Fariello and John*
           *Balestriere*

           /s/Joseph L. Franceour
           Joseph L. Franceour
           *Counsel for The Law Offices of*
           *Adina G. Storch, PLLC and*
           *Adina Storch*