**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 7, 2021
```

-------------------------------------------------------x

**White Lilly, LLC & Jonathan Bernstein,**

                               **Plaintiffs,**

              **-against-**

**Balestriere PLLC et al.,**

                            **Defendants.**

:
:
:
:
:
:
:
:
:
:
:
:

**1:18-cv-12404 (ALC)**

**ORDER SETTING**
**STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a status conference on **Wednesday, October 13, 2021 at 3:00PM**

**Eastern Time** in connection with (i) the proposed briefing schedule for the Balestriere

Defendants' and Plaintiffs' post-award motion and cross-motion, ECF Nos. 64-65, and (ii) the

Storch Parties' objections to same. ECF No. 67-68. All parties shall appear and should contact

the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:**    Oct. 7, 2021

        New York, New York

                                   **THE HON. ANDREW L. CARTER, JR.**
                                     **United States District Judge**