```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/13/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**WHITE LILLY, LLC** and **JONATHAN BERNSTEIN,**

                        **Plaintiff,**

-against-

**BALESTRIERE PLLC ET AL.,**

                        **Defendant.**

---

18-cv-12404 (ALC)

**AMENDED ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a status conference on **Wednesday, October 13, 2021 at 3:30PM Eastern Time** in connection with (i) the proposed briefing schedule for the Balestriere Defendants' and Plaintiffs' post-award motion and cross-motion, ECF Nos. 64-65, and (ii) the Storch Parties' objections to same. ECF No. 67-68. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    October 13, 2021
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**